



## MEMORANDUM OPINION

No. 04-10-00430-CV

**IN RE** Michael A**. EARLE,** M.D.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Sandee Bryan Marion, Justice
     Rebecca Simmons, Justice

Delivered and Filed: June 16, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On June 4, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-02709, styled *Karen Knooihuizen, et vir Sam Knooihuizen v. Michael A. Earle, M.D.*, in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.